UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRY THEDALE CAIN,<br>JA'KWAN (A/K/A JAQUAN) BROWN,<br>ELLIE JAMES BROOKS, JAMES TURNER,<br>BRITTANI RONNICKA CARNEY,<br>AAIRON JOHNSON, DON WHITAKER,<br>and ERIC BUTLER,<br><br>    Plaintiffs,<br><br>    v.<br><br>DISTRICT OF COLUMBIA and<br>JOHN DOE MPD CRUISER DRIVERS,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:13-cv-01103-JEB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CONCEDED MOTION

On April 24, 2014, Defendant, the District of Columbia, filed a Motion to Partially Dismiss the Amended Complaint. (ECF No. 12.) Pursuant to the time calculations set forth in LCvR 7(b) and Fed. R. Civ. P. 6(d), Plaintiffs' opposition to the District's Motion was due on May 12, 2014. As of this filing, Plaintiffs have not filed an opposition to the Motion, nor have Plaintiffs sought an extension of the deadline to do so. In such circumstances, the Local Rules of this Court provide that the Court may treat the District's Motion as conceded. LCvR 7(b); *see also Stephenson v. Cox*, 223 F. Supp. 2d 119, 120-22 (D.D.C. 2002) (treating a plaintiff's failure to respond to a dispositive motion within LCvR 7(b)'s time limit as a concession). The District therefore requests that the Court grant the District's Motion to Partially Dismiss the Amended Complaint as conceded.

Date:  May 15, 2014             Respectfully submitted,

                                IRVIN B. NATHAN
                                Attorney General for the District of Columbia

                                ELLEN A. EFROS
                                Deputy Attorney General
                                Public Interest Litigation Division

                                /s/ Grace Graham_____
                                GRACE GRAHAM [D.C. Bar No. 472878]
                                Chief, Equity Section
                                Public Interest Division
                                441 Fourth Street, NW, Suite 600S
                                Washington, DC 20001
                                Telephone: (202) 442-9784
                                Facsimile: (202) 741-8892
                                Email: grace.graham@dc.gov

                                /s/ Bradford C. Patrick
                                BRADFORD C. PATRICK, D.C. Bar No. 1004979
                                Assistant Attorney General
                                441 Fourth Street, NW, Sixth Floor South
                                Washington, DC 20001
                                Telephone: (202) 724-6627
                                Facsimile: (202) 741-0599
                                Email: bradford.patrick@dc.gov

                                /s/ Gary Feldon_____
                                GARY FELDON [D.C. Bar No. 987142]
                                Assistant Attorney General
                                441 Fourth Street, NW
                                Sixth Floor South
                                Washington, DC 20001
                                Telephone: (202) 724-5691
                                Email:  gary.feldon@dc.gov


                                *Attorneys for the District of Columbia*