UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TERRY CAIN,** *et al.*,<br><br>    Plaintiff,<br><br>        v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>    Defendant. | Civil Action No.  13-1103 (JEB) |

## ORDER

Plaintiffs filed the instant action on July 19, 2013, see ECF No. 1, and they filed an Amended Complaint on March 13, 2014.  See ECF No. 6.  On April 24, 2014, Defendant District of Columbia filed a Motion to Partially Dismiss the Amended Complaint, see ECF No. 12, to which any opposition was due by May 12.  In fact, when Plaintiffs had not timely responded, Defendant filed a Notice of Conceded Motion on May 15.  See ECF No. 14.  Plaintiffs have still not responded.  As a result, the Court will treat the Motion as conceded under LCvR 7(b).

The Court, accordingly, ORDERS that:

1. Defendant's Motion is GRANTED; and

2. The following counts and claims are DISMISSED WITHOUT PREJUDICE:

    a. Count One as to all Plaintiffs;

    b. Count Two as to Plaintiff Johnson's September 2007 and August 2009 incidents;

    c. Count Three as to Plaintiff Johnson's September 2007 and August 2009 incidents;

    d. Count Four as to Plaintiff Johnson's September 2007 and August 2009 incidents;

    e. Count Five as to all Plaintiffs;

    f. Count Six as to Plaintiffs Cain, Johnson, Whitaker, and Butler;

    g. Count Seven as to Plaintiffs Cain, Johnson, Whitaker, and Butler;

    h. Count Eight as to all Plaintiffs; and

    i. Count Eleven as to all Plaintiffs; and

3. An Initial Scheduling Conference is set for June 19, 2014, at 9:30 A.M. in Courtroom 19. The parties shall meet, confer, and submit a joint report pursuant to FRCP 26(f) and Local Rule 16.3.

**SO ORDERED**.

                                                    /s/ *James E. Boasberg*
                                                    JAMES E. BOASBERG
                                                    United States District Judge

Date: May 21, 2014