UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Terry Thedale Cain, *et al.*,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>The District of Columbia,<br><br>    *Defendant.* | Civil Action No. 13-01103 (JEB) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

The Parties, plaintiffs Terry Thedale Cain, Jr.; Jaquan Everett Brown; Brittani Ronnicka Carney; Aarion Thomas Johnson; Don Whitaker; and Erik Clark Butler (plaintiffs) and defendant the District of Columbia (the District) stipulate and agree that the above-captioned action against the District has settled and is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).   Each party to bear its own costs.

Dated:  January 11, 2017        SO STIPULATED BY:

KARL A. RACINE
Attorney General for the District of Columbia

ELIZABETH SARAH GERE
Deputy Attorney General
Public Interest Division

TONI MICHELLE JACKSON
Chief, Equity Section

/s/ Matthew R. Blecher
MATTHEW R. BLECHER, Bar No. 427921
Assistant Attorney General
ERIC U. JOHNSON
CONRAD Z. RISHER*
Assistant Attorneys General
441 Fourth Street, N.W., Suite 630 South
Washington, DC 20001
(202) 727-4170

*Counsel for the District of Columbia*

/s/ David L. Shurtz
David L. Shurtz
Attorney at Law
1200 North Nash Street, #835
Arlington, VA  22209
(202) 617-9141

*Counsel for Plaintiffs*

---

\* Appearing pursuant to LCvR 83.2(f).